## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| **TODD BARKLEY,** | ) <br> ) <br> ) **Case No.: 3:19-cv-00470-MCR-HTC** |
| **Plaintiff.** | ) <br> ) |
| v. | ) <br> ) |
| **DIVERSIFIED ADJUSTMENT SERVICE, INC.,** | ) <br> ) <br> ) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: November 8, 2019        By: */s/ Amy L. B. Ginsburg*
　　　　　　　　　　　　　　　　　　Amy L. B. Ginsburg, Esquire
　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　Fax: (877) 788-2864
　　　　　　　　　　　　　　　　　　Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

> Rachel M. Ortiz, Esquire
> Shepard Smith Kohlmyer & Hand
> 2300 Maitland Center Parkway, Suite 100
> Maitland, FL 32751
> rortiz@shepardfirm.com
> Attorney for Defendant

Dated: November 8, 2019           By: */s/ Amy L. B. Ginsburg*
                                        Amy L. B. Ginsburg, Esquire
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Fax: (877) 788-2864
                                        Email: aginsburg@creditlaw.com