IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TODD BARKLEY, | § |
| | § |
| Plaintiff, | § Civil Action No. 3:19-cv-00470-MCR-HTC |
| | § |
| v. | § |
| | § |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., | § |
| | § |
| Defendant. | § |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Rachel M. Ortiz | */s/* Amy L. B. Ginsburg |
| Rachel M Ortiz, Esq. | Amy L. B. Ginsburg, Esq. |
| Ernest H. Kohlmyer, III, Esq. | Kimmel & Silverman, P.C. |
| Shepard Smith Kohlmyer & Hand | 30 East Butler Pike |
| 2300 Maitland Center Parkway | Ambler, PA 19002 |
| Suite 100 | Phone: 215-540-8888 |
| Maitland, FL 32751 | Fax: 215-540-8817 |
| Phone: 866-247-3008 | Email: teamkimmel@creditlaw.com |
| Email: rortiz@shepardfirm.com; skohlmyer@shepardfirm.com | Attorney for Plaintiff |
| Attorneys for the Defendant | |
| | Date: February 3, 2020 |
| Date: February 3, 2020 | |

BY THE COURT:

_____
J.

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Rachel M Ortiz, Esq.
Ernest H. Kohlmyer, III, Esq.
Shepard Smith Kohlmyer & Hand
2300 Maitland Center Parkway
Suite 100
Maitland, FL 32751
Phone: 866-247-3008
Email:  rortiz@shepardfirm.com; skohlmyer@shepardfirm.com
Attorneys for the Defendant

Dated: February 3, 2020

By: /s/ Amy L. B. Ginsburg
Amy L. B. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff