UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TODD BARKLEY

    VS                                      CASE NO.  3:19cv470-MCR/HTC

DIVERSIFIED ADJUSTMENT
SERVICE, INC.

**AMENDED CLERK'S DISMISSAL**

Upon the STIPULATION of Dismissal filed herein, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, it is

ORDERED AND ADJUDGED that the foregoing entitled cause be, and the same hereby is, dismissed with prejudice.

                                              Jessica J. Lyublanovits, Clerk of Court

February 24, 2020                /s/ Sylvia Williams
DATE                               Deputy Clerk: Sylvia Williams

.